ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
LATISHA ROBINSON, ESQ.
Nevada Bar No. 15314
**PHILLIPS, SPALLAS & ANGSTADT LLC**
504 South Ninth Street
Las Vegas, Nevada 89101
P: (702) 938-1510
E: rphillips@psalaw.net
  mwessel@psalaw.net
  lrobinson@psalaw.net

*Attorneys for Defendant*
*Sam's West, Inc.*

### UNITED STATES DISTRICT COURT

### DISTRICT OF NEVADA

| | |
|---|---|
| KELLY GREEN, an individual,<br><br>             Plaintiff,<br>v.<br><br>SAMS CLUB.; Does I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>             Defendant(s). | Case No.: 2:20-cv-00834-APG-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DISCOVERY DEADLINES**<br><br>**[FOURTH REQUEST]** |

Plaintiff KELLY GREEN (hereinafter "Plaintiff") and Defendant SAM'S WEST INC. (erroneously sued as "SAMS CLUB") (hereinafter "Defendant" or "Sam's Club"), by and through their respective counsel of record, do hereby stipulate to extend the remaining deadlines in the current scheduling order and discovery plan in this matter for a period of sixty (60) days for the reasons explained herein.

Pursuant to Local Rule 6-1(b), the parties hereby aver that this is the <u>fourth such discovery extension</u> requested in this matter.

. . .

. . .

- 1 -

**DISCOVERY COMPLETED TO DATE**

- The parties have conducted an FRCP 26(f) conference and have served their respective FRCP 26(a) disclosures;
- Plaintiff has provided provider specific authorizations;
- Defendant has served upon Plaintiff one set of Requests for Production, one set of Interrogatories and one set of Requests for Admissions and Plaintiff has responded to the same;
- The parties have filed all required documents pursuant to ECF 2 to date;
- Deposition of Plaintiff;
- Deposition of Fact Witness Louis Demaioribus by Plaintiff;
- Disclosures of experts by both parties;

**DISCOVERY TO BE COMPLETED AND REASONS FOR EXTENSION OF DISCOVERY**

Discovery to be completed includes:

- Depositions of Plaintiff's treating physicians;
- Depositions of fact witnesses;
- Depositions of expert witnesses and rebuttal expert witnesses; and
- Plaintiff to notice Defendant's 30(b)(6) deposition.

The parties aver, pursuant to Local Rule 6-1, that good cause exists for the requested extension. The parties agree that, pending this Court's approval, extension of remaining discovery deadlines is appropriate, as there has been a delay in setting Deposition of Plaintiff's retained expert, as he is not available until September 2021. Further, Plaintiff has recently disclosed evidence that may require an inspection. This evidence is central to the parties' claims and defenses. The parties are working together amicably. According, the parties have agreed to a 60-day discovery extension in order to ensure that meaningful discovery is conducted prior to the closure of discovery.

The parties have acted in good faith to request this extension and have no intent, nor reason, to delay the resolution of this matter.

. . .

. . .

. . .

~~[PROPOSED]~~ <u>NEW DISCOVERY DEADLINES</u>

**Deadline to Amend Pleading:**

    Currently: <u>May 10, 2021</u>

    Proposed: **No Change**

**Expert Disclosure Deadline:**

    Currently: <u>June 7, 2021</u>

    Proposed: **No Change**

**Rebuttal Expert Disclosure Deadline:**

    Currently: <u>July 8, 2021</u>

    Proposed: **No Change**

**Discovery Cut-Off Date:**

    Currently: <u>August 5, 2021</u>

    Proposed: **October 4, 2021**

**Dispositive Motion Deadline:**

    Currently: <u>September 6, 2021</u>

    Proposed: **November 5, 2021**

**Proposed Joint Pre-Trial Deadline:**

    Currently: <u>October 4, 2021</u>

    Proposed: **December 3, 2021**

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

If this extension is granted, all anticipated additional discovery should be concluded within the stipulated extended deadline. The parties aver that this request for extension of discovery deadlines is made by the parties in good faith and not for the purpose of delay.

DATED this 26 day of July, 2021.

**STOVALL & ASSOCIATES**

_____
LESLIE MARK STOVALL, ESQ.
Nevada Bar No. 2566
ROSS MOYNIHAN, ESQ.
Nevada Bar No. 11848
2301 Palomino Lane
Las Vegas, NV 89107

*Attorneys for Plaintiff*

DATED this 29th day of July, 2021.

**PHILLIPS, SPALLAS & ANGSTADT LLC**

_____
ROBERT K. PHILLIPS, ESQ.
Nevada Bar No. 11441
MEGAN E. WESSEL, ESQ.
Nevada Bar No. 14131
LATISHA ROBINSON, ESQ.
Nevada Bar No. 15314
504 South Ninth Street
Las Vegas, NV 89101

*Attorneys for Defendant
Sam's West, Inc.*

**IT IS SO ORDERED:**

_____
**UNITED STATES MAGISTRATE JUDGE**

DATED: July 29, 2021