UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

KELLY GREEN, individually,

         Plaintiff,

    v.

SAMS CLUB; DOES I-X and ROE
CORPORATIONS I-X, inclusive,

         Defendants.

Case No. 2:20-cv-00834-APG-EJY

**ORDER**

Pending before the Court is Stovall & Associates' Motion to Withdraw as Counsel of Record for Plaintiff (ECF No. 22). A review of the docket in this case reveals no motions pending and that the discovery period was recently extended to October 4, 2021. ECF No. 21. Dispositive motions are not due until November 5, 2021. *Id*. The Motion to Withdraw establishes that Rule of Professional Conduct 1.16(b) has been met. The requirement of Nevada Supreme Court Rule 45 is also met.

Accordingly, IT IS HEREBY ORDERED that Stovall & Associates' Motion to Withdraw as Counsel of Record for Plaintiff (ECF No. 22) is GRANTED.

IT IS FURTHER ORDERED that to allow Plaintiff time to retain new counsel:

- if responses to written discovery are presently pending, the due date is extended to September 15, 2021;

- no new discovery requests shall be propounded by the parties on the date of this Order through September 15, 2021; and,

- depositions that remain to be taken shall be set for a date no sooner than September 16, 2021.

Dated this 26th day of August, 2021.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1