UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELLY GREEN, an individual,<br><br>                              Plaintiff,<br>v.<br><br>SAMS CLUB.; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>                              Defendants. | Case No. 2:20-cv-00834-APG-EJY<br><br>**ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND THE DEADLINE TO OPPOSE DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**<br><br>[ECF No. 26] |

Plaintiff Kelly Green's motion to extend the deadline to respond to the defendant's pending motion for summary judgment **(ECF No. 26) is GRANTED**.  Green is to file a response to the motion for summary judgment by February 25, 2022.

DATED THIS 5th day of January, 2022.

_____
UNITED STATES DISTRICT JUDGE