**RESNICK & LOUIS, P.C.**
TROY A. CLARK, ESQ.
Nevada Bar No. 11361
MATTHEW B. BECKSTEAD, ESQ.
Nevada Bar No. 14168
8925 West Russell Road, Suite 220
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
tclark@rlattorneys.com
mbeckstead@rlattorneys.com
*Attorneys for Defendant,*
*Sam's West, Inc.*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELLY GREEN, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SAMS CLUB; Does I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-00834-APG-EJY<br><br>**SUBSTITUTION OF COUNSEL** |

COMES NOW, Defendant SAM'S WEST, INC. (erroneously named as "SAMS CLUB") (hereinafter "Defendant"), and hereby substitutes TROY A. CLARK, ESQ. and MATTHEW B. BECKSTEAD, ESQ., of the law firm of RESNICK & LOUIS, P.C., as its counsel of record in place and stead of ROBERT K. PHILLIPS, ESQ., TIMOTHY D. KUHLS, ESQ., and LATISHA ROBINSON, ESQ., of the law firm PHILLIPS, SPALLAS & ANGSTADT, LLC. Defendant asserts the attorneys from PHILLIPS, SPALLAS & ANGSTADT, LLC shall be removed from the electronic service list in this matter.

WHEREAS, Defendant asserts TROY A. CLARK, ESQ, and MATTHEW B. BECKSTEAD, ESQ., of the law firm RESNICK & LOUIS, P.C., are hereby substituted as counsel for Defendants and added to the electronic service list in this case;

WHEREAS, the attorneys from PHILLIPS, SPALLAS & ANGSTADT, LLC, ROBERT K. PHILLIPS, ESQ., TIMOTHY D. KUHLS, ESQ., and LATISHA ROBINSON, ESQ.,

1

1   hereby agree to the withdrawal and substitution; and

2        WHEREAS, the attorneys from RESNICK & LOUIS, P.C., TROY A. CLARK, ESQ.

3   and MATTHEW B. BECKSTEAD, ESQ., the attorney from RESNICK & LOUIS, P.C., hereby

4   agree to be substituted as counsel for Defendant.

5

6   DATED this ___ day of April 2022.      DATED this 11ᵗʰ day of April 2022.

7   RESNICK & LOUIS, P.C.      PHILLIPS, SPALLAS & ANGSTADT LLC

8

9   _____   _____
    TROY A. CLARK, ESQ.      ROBERT K. PHILLIPS, ESQ.

10  Nevada Bar No. 11361      Nevada Bar No. 11441
    MATTHEW B. BECKSTEAD. ESQ.   TIMOTHY D. KUHLS, ESQ.

11  Nevada Bar Bo. 14168      Nevada Bar No. 13362
    8925 W. Russell Road, Ste. 220   LATISHA ROBINSON, ESQ.

12  Las Vegas, NV 89148      Nevada Bar No. 15314
    *Attorneys for Defendant*     504 S. 9th Street

13  *Sam's West, Inc.*      Las Vegas, NV 89101
          *Former Attorneys for Defendants*

14        *Sam's West, Inc.*

15  DATED this ___ day of April 2022.

16  WALMART, INC.

17

18  _____

19  MATTHEW BURGESS, ESQ.
    Senior Counsel

20  702 Southwest 8th Street
    Bentonville, AR 72716

21

22      **IT IS SO ORDERED.**

23

24           _____
             UNITED STATES MAGISTRATE JUDGE

25

26

27

28

1   hereby agree to the withdrawal and substitution; and

2        WHEREAS, the attorneys from RESNICK & LOUIS, P.C., TROY A. CLARK, ESQ.

3   and MATTHEW B. BECKSTEAD, ESQ., the attorney from RESNICK & LOUIS, P.C., hereby

4   agree to be substituted as counsel for Defendant.

5

6   DATED this 11th day of April 2022.              DATED this ___ day of April 2022.

7   RESNICK & LOUIS, P.C.                           PHILLIPS, SPALLAS & ANGSTADT LLC

8      */s/ Troy A. Clark*
    _____         _____
9   TROY A. CLARK, ESQ.                             ROBERT K. PHILLIPS, ESQ.
10  Nevada Bar No. 11361                            Nevada Bar No. 11441
    MATTHEW B. BECKSTEAD. ESQ.                      TIMOTHY D. KUHLS, ESQ.
11  Nevada Bar Bo. 14168                            Nevada Bar No. 13362
    8925 W. Russell Road, Ste. 220                  LATISHA ROBINSON, ESQ.
12  Las Vegas, NV 89148                             Nevada Bar No. 15314
    *Attorneys for Defendant*                       504 S. 9th Street
13  *Sam's West, Inc.*                              Las Vegas, NV 89101
                                                    *Former Attorneys for Defendants*
14                                                  *Sam's West, Inc.*

15  DATED this 11 day of April 2022.

16  WALMART, INC.

17

18    Matthew Burgess
    _____
19  MATTHEW BURGESS, ESQ.
    Senior Counsel
20  702 Southwest 8th Street
    Bentonville, AR 72716

21

22        **IT IS SO ORDERED.**

23

24                                                  _____
                                                    UNITED STATES MAGISTRATE JUDGE
25
                                                         Dated:  April 11, 2022
26

27

28

                                        2