# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KELLY GREEN, | Case No.: 2:20-cv-00834-APG-EJY |
| Plaintiff | **ORDER** |
| v. | |
| SAM'S CLUB, | |
| Defendant | |

The proposed joint pretrial order is overdue. ECF No. 21. Local Rule 16-3(b) provides:

> Upon the initiative of a pro se plaintiff or plaintiff's attorney, the attorneys or parties who will try the case and who are authorized to make binding stipulations must personally discuss settlement and prepare and file a proposed joint pretrial order . . . .

I THEREFORE ORDER the parties to file a proposed joint pretrial order by August 31, 2022. Failure to comply with this order may result in sanctions, including dismissal of claims or defenses.

DATED this 2nd day of August, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE