UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KELLY GREEN,<br><br>    Plaintiff<br><br>v.<br><br>SAM'S WEST, INC.,<br><br>    Defendant | Case No.: 2:20-cv-00834-APG-EJY<br><br>**Order (1) Approving Defendant's Individual Pretrial Order and (2) Requiring Plaintiff to File a Proposed Individual Pretrial Order**<br><br>[ECF No. 38] |

    I previously rejected the parties' proposed Joint Pretrial Order and ordered them to try again. ECF No. 37. The defendant subsequently filed a request for permission to file an individual pretrial order because the plaintiff, appearing pro se, has been unable to comply with Local Rule 16-3's requirements about preparing a joint order. ECF No. 38. I grant the defendant's request and will accept the defendant's individual order. I will set the trial date and order the parties to participate in a settlement conference. I will also order the plaintiff to file a proposed individual pretrial order, following the format set forth in Local Rule 16-4.

    I THEREFORE ORDER that the defendant's motion **(ECF No. 38) is granted.** I approve the defendant's pretrial order and I will enter a separate order setting the trial.

    I FURTHER ORDER plaintiff Kelly Green to file a proposed individual pretrial order that complies with Local Rules 16-3 and 16-4 by **November 17, 2022**. The failure to do so may result in sanctions, including dismissing Green's claims.

    DATED this 21st day of October, 2022.

                                                                   ANDREW P. GORDON<br>
                                                                   UNITED STATES DISTRICT JUDGE