# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KELLY GREEN,

    Plaintiff

v.

SAM'S CLUB,

    Defendant

Case No.: 2:20-cv-00834-APG-EJY

**ORDER**

In light of the parties' settlement (ECF No. 51),

I ORDER the defendant's motions in limine **(ECF Nos. 45, 46, 47) are DENIED as moot**.

DATED this 11th day of January, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE