**RESNICK & LOUIS, P.C.**
TROY A. CLARK, ESQ.
Nevada Bar No. 11361
ELEANOR D. MURPHY, ESQ.
Nevada Bar No. 15071
8925 West Russell Road, Suite 220
Las Vegas, NV 89148
Telephone: (702) 997-3800
Facsimile: (702) 997-3800
tclark@rlattorneys.com
*Attorneys for Defendant,*
*SAMS CLUB*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| KELLY GREEN, individually,<br><br>Plaintiff,<br><br>vs.<br><br>SAMS WEST; Does I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-00834-APG-EJY<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED, by and between Defendant SAM'S WEST, INC. ("Sam's West"), by and through its attorneys, TROY A. CLARK, ESQ., and ELEANOR D. MURPHY ESQ., of the law firm of RESNICK & LOUIS, P.C., and Plaintiff KELLY GREEN, in proper person, that the above captioned action and any and all claims asserted by Plaintiff against Sam's West in this action are hereby DISMISSED WITH PREJUDICE.

///

///

///

1

1    Each party is to bear their own attorney fees, interest, and costs.

2        **IT IS SO STIPULATED.**

3    Dated this 1st day of March, 2023          Dated this 1st day of March, 2023

4    **RESNICK & LOUIS, P.C.**

5

6    _____          _____
     TROY A. CLARK, ESQ.                         Kelly Green
7    Nevada Bar No. 11361                        *Plaintiff in Proper Person*
     ELEANOR D. MURPHY, ESQ.
8    Nevada Bar No. 15071
     8925 West Russell Road, Suite 220
9    Las Vegas, Nevada 89148
     *Attorneys for Defendant Sam's West, Inc.*
10

11              <u>**ORDER FOR DISMISSAL WITH PREJUDICE**</u>

12       Based upon the Parties' foregoing stipulations, the Court hereby ORDERS that this

13   action and Plaintiff's claims herein are hereby DISMISSED WITH PREJUDICE. Each party is

14   to bear their own attorney fees, interest, and costs.

15       **IT IS SO ORDERED.**

16

17                              _____
                                UNITED STATES DISTRICT COURT JUDGE

18   Submitted by:              DATED: March 7, 2023
     **RESNICK & LOUIS, P.C.**
19

20   TROY A. CLARK, ESQ.
     Nevada Bar No. 11361
21   ELEANOR D. MURPHY, ESQ.
     Nevada Bar No. 15071
22   *Attorneys for Defendant Sam's West, Inc.*

23

24

25

26

27

28

                                    2